FILED

AUG 9 - 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA :

        v.                 :         Criminal Action No.: 10-0141 (RMU)

GUILLERMO MONDINO, :

     Defendant.      :

## O R D E R

This matter comes before the court on the Report and Recommendation of Magistrate

Judge Facciola recommending that the trial court accept the defendant's plea of guilty. Based on

a plea hearing conducted by Judge Facciola on June 23, 2010, and in accordance with the

requirements of Federal Rule of Criminal Procedure 11, Judge Facciola found that the plea of

guilty was knowingly and voluntarily made by the defendant, who was competent and fully

understood the nature and the consequences of entering such a plea. Having reviewed the Report

and Recommendation and Judge Facciola's findings, it is this 9th day of August, 2010, hereby

    **ORDERED** that Judge Facciola's Report and Recommendation is adopted in full; and it

is

    **FURTHER ORDERED** that the defendant's plea of guilty is accepted.

    **SO ORDERED**.

_____
               Ricardo M. Urbina
           United States District Judge